**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00236-CV**
_____

**TOTAL PETROCHEMICAL USA INC, Appellant**

**V.**

**RICHARD SHORT, Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-204,976**
_____

**MEMORANDUM OPINION**

Total Petrochemical USA Inc, appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 10, 2022
Opinion Delivered February 2, 2023
Before Golemon, C.J., Horton and Johnson, JJ.

1